ally and as Trustee, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Wallace W. Sweeney, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Arthur E. Titus, Appellant.— Judgment affirmed. No opinion.

Herman C. Boedicker, Respondent, v. Degnon Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles Skalla, an Infant, by William Skalla, His Guardian ad Litem, Respondent, v. The Stewart Automobile Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Robert Buggeln, Appellant, v. Alfred T. Stanley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Germania Life Insurance Company of the City of New York, Respondent, v. Clementine Realty Company and Others, Impleaded with Fiske & Company, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Nellie O'Gorman, Appellant, v. Minnie Pfeiffer, Respondent.— Judgment and order affirmed, with costs. No opinion.

Moss F. Moses, Appellant, v. Walter J. Salomon, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Arthur Wilson and Another, Respondents, v. Thomas Bracken, Impleaded, Appellants.— Motion denied, with ten dollars costs.

Anna Paulina Parsan, as Administratrix, etc., of Anton Parsan, Deceased, Respondent, v. Charles O. Johnson, Impleaded with New York Breweries Company, Limited, Appellant.— Judgment and order affirmed, with costs. No opinion. Laughlin, J., dissented.

Charles F. Buente, Respondent, v. Matthew G. Collins, Appellant.— Order affirmed, with costs. No opinion.

Albert Victor King, Respondent, v. Hudson River Realty Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Charles E. Ball and Louis E. Whicher, as Survivors of Themselves and L. Le Roy Chinn, Copartners, Composing the Firm of Ball & Whicher, Appellants, v. Henry A. Ensign, as Survivor of Edward D. Shepard and Himself, Copartners, Composing the Firm of E. D. Shepard & Company, Respondent.— Judgment affirmed, with costs. No opinion.

Victor Ochoa, Respondent, v. The Ridgway Company and Erman J. Ridgway, Appellants, Impleaded with George W. Ogden.— Judgment affirmed, with costs, with leave to defendants to answer on payment of costs. No opinion.

Abraham Robinson, Respondent, v. Merida Realty Company and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Laughlin and Dowling, JJ., dissented.

Molvine White Goldstein, Appellant, v. Margaret R. McEwen, Respondent, Impleaded with Benjamin Altman, Doing Business as B. Altman & Co., and Sherman National Bank.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Bridget J. Fleming, Respondent, v. The City of New York, Appellant.—